**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YEHOUDA MASJEDI and DIANA MASJEDI,<br>　　　　Plaintiffs,<br>　　vs.<br>MERCEDES-BENZ USA LLC; and DOES 1 through 10, inclusive<br>　　　　Defendants. | Case No.: 2:22-cv-05770-MEMF-(GJSx)<br><br>**JUDGMENT [ECF NO. 16]** |

　　　Plaintiffs YEHOUDA MASJEDI and DIANA MASJEDI ("Plaintiffs") and Defendant MERCEDES-BENZ USA LLC accepted Defendants FCA US, LLC; Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on September 20, 2022 and have agreed FCA will pay $8,000.00 to resolve Plaintiffs' attorneys' fees, costs, and expenses.

/ / /

/ / /

1

Accordingly, the Court enters JUDGMENT in favor of Plaintiffs pursuant to the terms of the Rule 68 Offer of Judgment, ECF. No. 16, and in the amount of $8,000.00 to resolve Plaintiffs' attorneys' fees, costs, and expenses.

**IT IS SO ORDERED.**

Dated: September 30, 2022

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge